UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

IN RE:

Khemraj Singh,
    Debtor(s).

CASE NO: 6:09-bk-13650-ABB
CHAPTER 13 CASE

## NOTICE OF APPEARANCE

America's Servicing Company, its Successors and/or Assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**WILLIAM E. GRANTMYRE, JR, ESQUIRE**
**LAW OFFICES OF DAVID J. STERN, P.A.**
**900 SOUTH PINE ISLAND ROAD, SUITE 400**
**PLANTATION, FL 33324-3920**

Dated this 29th day of September, 2009.

    LAW OFFICES OF DAVID J. STERN, P.A.
    Attorney for Secured Creditor
    900 South Pine Island Road, Suite 400
    Plantation, FL 33324-3920
    Phone: (954) 233-8000/ Ext 1191
    Fax:    (954) 233-8696


    /s/ William E. Grantmyre Jr., Esq.
    WILLIAM E. GRANTMYRE, JR
    FBN: 58721

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following

Khemraj Singh
1171 Part Low Dr
Winter Garden, FL 34787

Laurie K Weatherford, Trustee
Post Office Box 3450
Winter Park, FL 32790

this  29th  day of September, 2009.

    LAW OFFICES OF DAVID J. STERN, P.A.
    Attorney for Secured Creditor
    900 South Pine Island Road, Suite 400
    Plantation, FL 33324-3920
    Phone: (954) 233-8000/ Ext  1191
    Fax:    (954) 233-8696

    /s/ William E. Grantmyre Jr., Esq.
    WILLIAM E. GRANTMYRE, JR
    FBN: 58721

CASE #: 6:09-bk-13650-ABB
09-64740(ASCF).noa