# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

IN RE:

CASE NO: 6:09-bk-13650-ABB

Khemraj Singh,
    Debtor(s).

CHAPTER 13 CASE

## NOTICE OF APPEARANCE

EMC Mortgage Corporation, as Servicer for U.S. Bank National Association, as Trustee of Maiden Lane Asset-Backed Securities I Trust 2008-1, without recourse, its successors and/or assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**WANDA D. MURRAY, ESQUIRE**
**LAW OFFICES OF DAVID J. STERN, P.A.**
**900 SOUTH PINE ISLAND ROAD, SUITE 400**
**PLANTATION, FL 33324-3920**

Dated this   1   day of October, 2009.

          LAW OFFICES OF DAVID J. STERN, P.A.
          Attorney for Secured Creditor
          900 South Pine Island Road, Suite 400
          Plantation, FL 33324-3920
          Phone: (954) 233-8000/ Ext. 1274
          Fax:    (954) 233-8336

          /s/ Wanda D. Murray
          WANDA D. MURRAY
          FBN 0566381

   **I HEREBY CERTIFY** that a copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following

Khemraj Singh
1171 Part Low Drive, Winter Garden, FL 34787

Laurie K. Weatherford, Trustee
Post Office Box 3450, Winter Park, FL 32790


this __1__ day of October, 2009.

            LAW OFFICES OF DAVID J. STERN, P.A.
            Attorney for Secured Creditor
            900 South Pine Island Road, Suite 400
            Plantation, FL 33324-3920
            Phone: (954) 233-8000/ Ext. 1274
            Fax: (954) 233-8336


            /s/ Wanda D. Murray
            WANDA D. MURRAY
            FBN 0566381


CASE #: 6:09-bk-13650-ABB
09-65527 (EMC).noa