**[6ord19]** [ORDER DISMISSING CASE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:09–bk–13650–ABB
Chapter 13

Khemraj Singh
1171 Part Low Dr
Winter Garden, FL 34787

_____Debtor(s)_____/

## ORDER DISMISSING CASE

On September 16, 2009 , the Court entered an order (Document No. 5 ) directing the debtor to file by September 30, 2009 , the following required document(s) necessary for the administration of the case:

Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, Schedules and Statement of Affairs, Statement of Current Monthly Income & Disposable Income Calculation, Chapter 13 Plan & Payment Advices

It was further provided that the Court may dismiss this case without further notice or hearing if the debtor failed to comply within the time specified.

Despite the fact that more than 15 days have passed since the date of filing of the petition, the debtor has failed to comply with the order. No Discharge of debts was entered in this case. Accordingly, it is

ORDERED:

1. This case is dismissed.

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the debtor and the debtor's property.

3. Any scheduled hearing is herewith canceled.

DONE AND ORDERED on October 2, 2009 .

_____
Arthur B. Briskman
United States Bankruptcy Judge